UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN FIELDS, | No. 2:24-cv-0343 WBS AC P |
| Petitioner, | |
| v. | ORDER |
| LEANNA LUNDY, | |
| Respondent. | |

Petitioner is a state prisoner previously proceeding pro se. On December 19, 2024, the undersigned issued findings and recommendations that recommend denial of the petition. ECF No. 13. Before the deadline to file objections expired, counsel filed a notice of appearance on petitioner's behalf and requested an extension of time and leave to file an untimely traverse and any objections. ECF Nos. 14, 15. Good cause appearing, the findings and recommendations will be vacated and petitioner will be given an opportunity to file a traverse.

Accordingly, IT IS HEREBY ORDERED that:

1. The December 19, 2024 findings and recommendations (ECF No. 13) are VACATED;

2. Petitioner's motion for an extension of time (ECF No. 15) is GRANTED in part and DENIED in part as follows:

    a. GRANTED as to the request for leave to file an untimely traverse and petitioner shall have until March 9, 2025, to file a traverse; and

1

    b. DENIED as moot with respect to the request for an extension of time to file objections.

DATED: January 14, 2025

               /s/ Allison Claire
               ALLISON CLAIRE
               UNITED STATES MAGISTRATE JUDGE