UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN FIELDS,<br><br>         Petitioner,<br><br>     v.<br><br>LEANNA LUNDY,<br><br>         Respondent. | No. 2:24-cv-0343 WBS AC P<br><br>ORDER |

Petitioner has filed a pro se motion for an extension of time to file objections to the December 19, 2024 findings and recommendations on the ground that he is in the process of hiring an attorney. ECF No. 16. Counsel for petitioner has already appeared in this case, the findings and recommendations were withdrawn, and petitioner was granted leave to file a traverse. ECF Nos. 14, 17.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 16) is DENIED as moot.

DATED: January 17, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1