UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN FIELDS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LEANNA LUNDY,<br><br>　　　　Respondent. | No. 2:24-cv-0343 WBS AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 20. Petitioner filed objections to the findings and recommendations and requested a certificate of appealability. ECF No. 21.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 20) are adopted in full;

2. The petition for writ of habeas corpus is denied;

3. Petitioner's request for a certificate of appealability referenced in 28 U.S.C. § 2253 is denied; and

4. The Clerk of the Court is directed to close this case.

Dated: April 25, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2